to dismiss appeals granted.    Present — Kelly, P. J., Manning, Kapper, Lazansky and Hagarty, JJ.

MARIA AHONEN, Appellant, v. FRED J. BOEHM and HELEN BOEHM, Respondents. — Order of the Appellate Term affirming judgment of the Municipal Court of the City of New York, borough of Richmond, reversed upon the law and the facts, with costs, and judgment directed for plaintiff in the sum of seventy-nine dollars and eight cents, with interest from July 22, 1925, with ten dollars costs in the Municipal Court and costs of the appeal to the Appellate Term, and defendants' counterclaim dismissed.    We construe the agreement under which defendants were in possession of the premises as a contract of sale, and hold that the sum of three hundred dollars paid upon the signing of the agreement was a down payment which defendants, by their breach of the agreement in not making the payments called for by the agreement, may not recover back.    Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ., concur.

MARGARET ALTMAN, Appellant, v. SERENO P. DAVIS, Individually and as Executor, etc., of MORITZ ALTMAN, Deceased, MALVINA ALTMAN and FLORA ZELLNER, Respondents.— Judgment unanimously affirmed, with costs.    No opinion. Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.

CHARLES ASPINALL, Appellant, v. THE CITY OF NEW YORK, Respondent, and Another, Defendant.— Judgment affirmed, with costs.    In taking plaintiff to his home, the driver of respondent's automobile was not acting in the discharge of the city's business.    The act was beyond the authority of the municipal corporation.    Section 282-e of the Highway Law* does not impose any liability upon the city under the proof here.    (*Downing* v. *City of New York*, 219 App. Div. 444.) Kelly, P. J., Kapper, Lazansky and Hagarty, JJ., concur; Young, J., dissents, being of opinion that the Legislature, in passing section 282-e of the Highway Law, intended that this provision should have general application to municipal corporations as well as to individuals.

JOHN BELL, an Infant, etc., by JOHN BELL, His Guardian ad Litem, Respondent, v. MILTON GREENWOOD and EXCHANGE TEA & COFFEE, INC., Appellants.— Judgment unanimously affirmed, with costs.    No opinion.    Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.

JOHN BELL, Respondent, v. MILTON GREENWOOD and EXCHANGE TEA & COFFEE, INC., Appellants.— Judgment unanimously affirmed, with costs.    No opinion. Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.

WILLIAM F. BLEAKLEY and Others, Respondents, v. HORACE M. GRAY and KATHLEEN R. GRAY, Appellants.— Judgment unanimously affirmed, with costs.    No opinion.    Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.

JAMES BRADLEY, an Infant, by CORNELIUS BRADLEY, His Guardian ad Litem, Appellant, v. HENRY W. PARTRIDGE, Respondent.— Order setting aside verdict in favor of plaintiff reversed upon the facts, and verdict† reinstated, with costs.

---

* Added by Laws of 1924, chap. 534; since amd. by Laws of 1925, chap. 167, and Laws of 1926, chap. 730.— [REP.

† Verdict was for $2,500 in an action for personal injuries resulting in loss of middle finger torn from left hand at second joint.— [REP.